NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Staley et al. v. FSR International Hotel Inc. et al.   Docket No.: 23-770

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Marc B. Zimmerman

Firm: Smith, Gambrell & Russell, LLP

Address: 1301 Avenue of the Americas, 21st Floor, New York, NY 10019

Telephone: (646) 887-9584   Fax: (646) 887-8158

E-mail: mzimmerman@sgrlaw.com

Appearance for: Defendants-Appellants Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC and H. Ty Warner
(party/designation)

Select One:

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kathryn T. Lundy and James J. Boland / Smith, Gambrell & Russell, LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 05/22/2023   OR

☐ I applied for admission on _____.

Signature of Counsel: [signature]

Type or Print Name: Marc B. Zimmerman