UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of May, two thousand twenty-three,

---

| | |
|---|---|
| Selena Staley, on behalf of themselves and all others similarly situated, Vivian Holmes, on behalf of themselves and all others similarly situated, Olive Ivey, on behalf of themselves and all others similarly situated, | **ORDER**<br>Docket No: 23-770(L), 23-771(con) |

   Plaintiffs - Appellees,

v.

Hotel 57 Services, LLC, Hotel 57, LLC, Ty Warner Hotels & Resorts LLC, H. Ty Warner, FSR International Hotel Inc., DBA Four Seasons Hotels and Resorts,

   Defendants - Appellants,

Four Seasons Hotels and Resorts,

   Defendants.

---

Counsel for APPELLANT Hotel 57 Services, LLC, H. Ty Warner, Hotel 57, LLC and Ty Warner Hotels & Resorts LLC and FSR International Hotel Inc. have filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting August 16, 2023 as the brief filing date.

It is HEREBY ORDERED that Appellants' brief must be filed on or before August 16, 2023. The appeal is dismissed effective August 16, 2023 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                     For The Court:
                     Catherine O'Hagan Wolfe,
                     Clerk of Court